IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHIRLEY HARMON and <br> DON HARMON, <br><br> Plaintiffs, <br><br> v. <br><br> MAURY COUNTY, TENNESSEE; <br> MALINDA STANFORD, <br> Individually and as Director of Accounts <br> and Budgets, Maury County Government; <br> SARAH ANDERSON, individually and as <br> Maury County Commissioner; <br> JERRY ERWIN, individually and as <br> Maury County Commissioner; <br> and EXPRESS SCRIPTS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 1:05-0026 <br> ) JUDGE HAYNES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiffs' motion to remand (Docket Entry No. 15) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Maury County, Tennessee.

It is so **ORDERED.**

ENTERED this the 31st day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge